

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

Benjamin Allen — 3485812

_(Enter above the full name of the plaintiff or plaintiffs in this action)._   _(Inmate Reg. # of each Plaintiff)_

**VERSUS**  CIVIL ACTION NO. 5:19-CV-00238
_(Number to be assigned by Court)_

Benjamin Allen
Michael Francis

_(Enter above the full name of the defendant or defendants in this action)_

## COMPLAINT

I. **Previous Lawsuits**

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

   Yes _____    No __✓__

1

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit:

   Plaintiffs: _____

   _____

   _____

   Defendants: _____

   _____

   _____

2. Court (if federal court, name the district; if state court, name the county);

   _____

   _____

3. Docket Number: _____

4. Name of judge to whom case was assigned:

   _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

   _____

   _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. **Place of Present Confinement:** Southern Regional Jail

    A. Is there a prisoner grievance procedure in this institution?

        Yes ✓    No ____

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

        Yes ✓    No ____

    C. If you answer is YES:

        1. What steps did you take? Filed grievances and spoke with the Superintendent

        2. What was the result? Nothing the grievances was ignored and Nothing was accomplished

    D. If your answer is NO, explain why not: _____

III. **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of Plaintiff: Benjamin Allen III
       Address: 1200 Airport rd Beaver WV 25813

    B. Additional Plaintiff(s) and Address(es): _____

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: _____

   is employed as: _____

   at _____

D. Additional defendants: _____

   _____

   _____

   _____

IV. **Statement of Claim**

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I have been on Administrative Segregation for a year and a half in that time I've seen many white inmates come and go for the samething that im down here for so I feel like he's showing the white inmates more favor then the Black inmates

**IV.   Statement of Claim (continued):**

**V.   Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Im being treated unfairly because of my race I feel like I am losing the basic needs in life that's making me lose my train of thought which is making me lose sleep and stressing myself and my family out - Monetary compensation

V.  **Relief (continued)):**

_____
_____
_____
_____
_____
_____

VII. **Counsel**

    A.    If someone other than a lawyer is assisting you in preparing this case, state the person's name:

_____

    B.    Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

        Yes ✓    No ✓

If so, state the name(s) and address(es) of each lawyer contacted:

Debra Kilgore
_____

If not, state your reasons: _____
_____

    C.    Have you previously had a lawyer representing you in a civil action in this court?

        Yes ____    No ✓

If so, state the lawyer's name and address:

_____

_____

Signed this 26th day of March, 2019.

*Benjamin Allen III*

_____

_____

Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3-26-19
          (Date)

*Benjamin Allen III*
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)

7

Benjamin Allen
INMATE NAME
348587
INMATE OID #
SOUTHERN REGIONAL JAIL
AND CORRECTIONAL CENTER
1200 AIRPORT ROAD
BEAVER, WV 25813

THE WRITER OF THIS LETTER
IS AN INMATE OF THE
SOUTHERN REGIONAL JAIL
AND CORRECTIONAL CENTER

Robert C. Byrd
United States Courthouse
IRS Complex 110 North
Heber Street, Room 119
Beckley, WV 25801


